UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDULLAH ALI,<br><br>                Plaintiff,<br><br>-against-<br><br>FLOYD JOY MAYWEATHER JR., MONEY TEAM LLC, JOHN DOES 1-6, SYMERE BYSIL WOODS A/K/A, "LIL UZI VERT", UZIVERT LLC, AND JOHN DOES 7-12,<br><br>                Defendants. | Case No.: 1:24-CV-05642-LLS<br><br>**NOTICE OF MOTION TO DISMISS** |

      PLEASE TAKE NOTICE THAT that upon the Memorandum of Law in Support of Symere Bysil Woods and Uzivert LLC's (collectively, the "Woods Defendants") Motion to Dismiss, dated September 3, 2024, and all prior pleadings and proceedings herein, the Woods Defendants, by their undersigned attorneys, hereby move this Court, before the Honorable Louis L. Stanton, United States District Judge, at the United States Courthouse, at 500 Pearl Street, New York, New York 10007-1312, for an Order (1) pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), dismissing the Woods Defendants for lack of personal jurisdiction and this action for failure to state a claim; and (2) for such other and further relief the Court deems just and proper.

DATED: September 3, 2024

             QUINN EMANUEL URQUHART &
               SULLIVAN, LLP

By: _____
  Alex Spiro
  Joanna Menillo
  51 Madison Avenue, 22nd Floor
  New York, New York 10010-1601
  (212) 849-7000

  Mari F. Henderson (*pro hac vice*)
  Julian T. Schoen (*pro hac vice*)
  865 S. Figueroa Street, 10th Floor
  Los Angeles, California 90017
  (213) 443-3000

  *Attorneys for Defendants Symere Bysil Woods and Uzivert LLC*