UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDULLAH ALI,<br><br>  Plaintiff,<br><br>  v.<br><br>FLOYD JOY MAYWEATHER JR., MONEY TEAM LLC, JOHN DOES 1-6, SYMERE BYSIL WOODS A/K/A, "LIL UZI VERT", UZIVERT LLC, AND JOHN DOES 7-12<br><br>  Defendants. | Case No.  1:24-CV-05642-LLS |

**DECLARATION OF DEFENDANT SYMERE BYSIL WOODS A/K/A, "LIL UZI VERT," IN SUPPORT OF THEIR MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

## DECLARATION OF SYMERE BYSIL WOODS

I, Symere Bysil Woods, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a musician and performing artist known as Lil Uzi Vert. I am a named Defendant in the above entitled action. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would competently testify to the facts below.

2. My hometown is Philadelphia, Pennsylvania. I grew up there, and my family still resides in Philadelphia and throughout Pennsylvania.

3. I am a Pennsylvania citizen. My permanent residence is in Pennsylvania. I pay state taxes in Pennsylvania. I am registered to vote in Pennsylvania.

4. Pennsylvania is the state in which I intend to stay and remain.

5. I own, operate, and am the sole member of the limited liability company Uzivert LLC.

6. I do not permanently reside in New York or own property in New York. The only property I previously owned was in California. In April 2024, I sold the California property. I currently do not own property in any state.

7. As a touring musician, I perform in cities throughout the United States and the world.

8. Sometimes my career requires me to travel to New York for performances or other business opportunities. When I travel to New York, I prefer to lease rental apartments instead of hotels. This is because a rental apartment provides me with the space, security, and privacy I cannot find in a hotel.

9. On June 26, 2023, I announced my latest album at the time, called *The Pink Tape*. To promote the album's release, I traveled to New York, leased an apartment, and hosted a release party called *The Pink Prom*.

10.     *The Pink Prom* occurred on June 27, 2023 at Irving Plaza, located at 17 Irving Plaza, New York, New York 10003.  The event was covered by much of the music media and on social media.  I was photographed at the event.

I hereby declare under penalty of perjury that the foregoing statements are true and correct. Executed in Philadelphia, Pennsylvania on this 3rd day of September, 2024.

_Symere Bysil Woods_