

ORIGINAL

**MEMO ENDORSED**

September 6, 2024



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED 9/6/24

HONORABLE LOUIS STANTON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
United States Courthouse
500 Pearl St., Courtroom 14D
New York, NY 10007-1312

Re:  Ali v/ Mayweather Jr. et al
Docket No. 1:24-cv-05642
Our File No. 2306000897

Dear: Judge Stanton;

As you are aware, this firm represents the plaintiff, Abdullah Ali, in the above-referenced matter for injuries sustained on 06/27/2023.

On consent of the undersigned and counsel for the movant, we respectfully request an extension of time to respond to the defendants Motion and for our Opposition to be due October 11, 2024, and for counsel's reply to be due October 25, 2024. At this time, our opposition is due September 17, 2024, and counsel's reply is due September 24, 2024.

Thank you for your courtesy in this matter.

*granted*
*Louis L. Stanton*
*9/6/24*

Respectfully submitted,

Corey Morgenstern, Esq.

CM/sr
Mari Henderson, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017

112 MADISON AVENUE • 10TH FLOOR • NEW YORK, N.Y. 10016
TELEPHONE 212.779.0057 • FACSIMILE 212.779.0028
WWW.UNIONLAWFIRM.COM • INFO@HACHROSELAW.COM