# EXHIBIT A

# Joanna Menillo

| | |
|---|---|
| **From:** | Joanna Menillo |
| **Sent:** | Monday, September 23, 2024 4:56 PM |
| **To:** | Corey Morgenstern; Michael Rose; mblit@levineblit.com; Tiffany Guidice; felton@newellpc.com; dkovel@kovel-law.com |
| **Cc:** | Mari Henderson; Julian Schoen; Alex Spiro |
| **Subject:** | Abdullah Ali v. Mayweather et al - 24-cv-05642 - Rule 16 Conference |
| **Attachments:** | 2024.09.23_Dkt. 22 - Order for Conference.pdf |

Counsel:

As you may have seen, this afternoon Judge Stanton issued the attached order scheduling a Rule 16 conference for October 25 and directing the parties to meet and confer to discuss the details of a proposed scheduling order that must be submitted one week in advance of the October 25 conference.

By our calculation, under the Federal Rules, we have until October 4 to confer. Please let us know if you are available Monday, Tuesday, or Wednesday of next week for such a call.

Thank you,

**Joanna Menillo**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7050 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
joannamenillo@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -
ABDULLAH ALI,

                Plaintiff(s),      ORDER FOR CONFERENCE
                                          PURSUANT TO RULE 16(b)

   v.

FLOYD JOY MAYWEATHER JR., MONEY        24 Civ. 5642 (LLS)
TEAM LLC, JOHN DOES 1-6, names
Fictitious as unknown at this time,
SYMERE BYSIL WOODS a/k/a "LIL UZI
VERT", UZIVERT LLC, and JOHN DOES 7-12,
names being fictitious as unknown
at this time,

                Defendant(s).

- - - - - - - - - - - - - - - - - -X

     This action is scheduled for a conference in accordance with Fed. R. Civ. P. 16(b) on Friday, October 25, 2024 at 3:00 P.M. in courtroom ___21C___. The parties must be prepared to discuss, at the conference, the subjects set forth in subdivisions (b) and (c) of Rule 16.

     At least one week before the time of the conference, the parties are jointly to prepare, sign and submit to me a proposed Scheduling Order, containing the following:

     (1)  the date of the conference and the appearances for the parties;

     (2)  a concise statement of the issues as they then appear;

     (3)  a schedule including:

          (a)  the names of persons to be deposed and a schedule of planned depositions;

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/24

      (b)   a schedule for the production of documents;

      (c)   dates by which (i) each expert's reports* will be supplied to the adversary side, and (ii) each expert's deposition will be completed;

      (d)   time when discovery is to be completed;

      (e)   the date by which plaintiff will supply his pre-trial order materials to defendant;

      (f)   the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (i) proposed findings of fact and conclusions of law for a non-jury trial, or (ii) proposed voir dire questions and proposed jury instructions, for a jury trial; and

      (g)   a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(e), to be filled in by the Court at the conference.

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

---

*The experts' reports are to set forth not merely the expert's qualifications and conclusions, but also the facts on which the expert relies and the process of reasoning by which the expert's conclusions are reached.

(9) names, address, phone numbers and signatures of counsel; and

(10) provision for approval of the court and signature line for the court.

If the action is for personal injuries, plaintiff is directed to make a monetary settlement demand and defendant is directed to respond to such demand prior to the conference.

Defendant(s) are directed forthwith to notify plaintiff of the contents of this order and send a copy of the notification to my chambers.

Dated: September 23, 2024
       New York, New York

*Louis L. Stanton*
LOUIS L. STANTON
U. S. D. J.