UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABDULLAH ALI,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>FLOYD JOY MAYWEATHER JR., MONEY TEAM LLC, JOHN DOES 1-6, SYMERE BYSIL WOODS A/K/A, "LIL UZI VERT", UZIVERT LLC, AND JOHN DOES 7-12<br><br>　　　　Defendants. | Case No. 1:24-CV-05642-LLS |

**DECLARATION OF DEFENDANT SYMERE BYSIL WOODS A/K/A, "LIL UZI VERT," IN SUPPORT OF THEIR REPLY MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

## DECLARATION OF SYMERE BYSIL WOODS

I, Symere Bysil Woods, hereby declare pursuant to 28 U.S.C. § 1746 that:

1. I am a musician and performing artist known as Lil Uzi Vert. I am a named Defendant in the above entitled action. I have personal knowledge of the facts stated herein, and if called upon as a witness, I could and would competently testify to the facts below.

2. As a professional musician, my career requires constant travel both within the United States and internationally for various obligations, including but not limited to: studio recording time; press engagements; music video filming; live performances and rehearsals; media photoshoots; and awards shows.

3. On November 1, 2024, I released my latest full-length album, *Eternal Atake 2*.

4. In order to promote my new album, I plan to tour both nationally and internationally in 2025, which will require most of my time and attention over the next year.

5. Litigating this action in New York will require constant travel to New York for discovery, potential hearings and preparation in anticipation of a potential trial. This would greatly inconvenience me and my career obligations, including the potential to negatively impact my upcoming tour.

6. It would be unreasonable for me to make constants trip to New York for purposes of this litigation when I have never met nor interacted with Plaintiff, nor am I a New York citizen.

7. My limited liability company, Uzivert LLC, was formed in Georgia. Uzivert LLC does not maintain any offices in New York.

8. Further, I have never met Floyd Mayweather Jr. I have no friendship or relationship with Mr. Mayweather. Neither me nor Uzivert LLC have any professional affiliation or business engagement with Mr. Mayweather and his limited liability company, Money Team LLC.

I hereby declare under penalty of perjury that the foregoing statements are true and correct. Executed in Philadelphia, Pennsylvania on this 7th day of November, 2024.

_Symere Bysil Woods_