ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDULLAH ALI,

                Plaintiff,

        - against -

FLOYD JOY MAYWEATHER, JR.; MONEY
TEAM, LLC; JOHN DOES 1-6; SYMERE
BYSIL WOODS a/k/a "LIL UZI VERT";
UZIVERT, LCC; and JOHN DOES 7-12,
                Defendants.

24 Civ. 5642 (LLS)

ORDER

---

Daniel H. Kovel, Esq. moves pursuant to Local Civil Rule 1.4 for leave to withdraw as counsel for defendants Floyd Mayweather, Jr. and Money Team, LLC. (Dkt. No. 39). Any opposition to this motion shall be filed by June 17, 2026.

The parties shall appear at a status conference on July 1, 2026 at 2:30 pm in courtroom 21C to provide an update on the posture of the case. Counsel for defendants shall provide further information regarding the breakdown in the attorney-client relationship and whether Kovel is asserting a retaining or charging lien, in accordance with the requirements of Rule 1.4. Any supporting documentation will be inspected in camera. So ordered.

Dated: New York, New York
      June 3, 2026

*Louis L. Stanton*
LOUIS L. STANTON
U.S.D.J

- 1 -