ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABDULLAH ALI,
Plaintiff,

- against -

FLOYD JOY MAYWEATHER, JR.; MONEY TEAM, LLC; JOHN DOES 1-6; SYMERE BYSIL WOODS a/k/a "LIL UZI VERT"; UZIVERT, LLC; and JOHN DOES 7-12,
Defendants.

24 Civ. 5642 (LLS)

ORDER

Counsel for plaintiff Abdullah Ali is instructed to file a status update on the docket by August 5, 2026 regarding his pending actions against defendants Floyd Mayweather, Jr., Money Team, LLC, Symere Bysil Woods, and Uzivert, LLC in Pennsylvania and Nevada. The status update should address whether Ali plans to proceed with the case pending before this court, and, if so, a proposed schedule for filing a 16(b) order.

So ordered.

Dated: New York, New York
July 29, 2026

Louis L. Stanton
LOUIS L. STANTON
U.S.D.J